1  Julie L. Hussey, Bar No. 237711
   JHussey@perkinscoie.com
2  Steven G. Williamson, Bar No. 343842
3  SWilliamson@perkinscoie.com
   Melissa Harly Rose, Bar No. 316412
4  MRose@perkinscoie.com
5  PERKINS COIE LLP
6  11452 El Camino Real, Ste 300
   San Diego, California 92130-2080
7  Telephone: 858.720.5700
   Facsimile: 858.720.5799
8
9  *Attorneys for Amazon Defendants*
10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.S., individually, as a minor by and through his guardian ad litem, NATALIE SHAMPANIER and INON SHAMPANIER,<br><br>Plaintiff,<br><br>v.<br><br>VEATREE, a foreign corporation; VLINKEE.COM, LLC, California business entity; BLINKEE.COM, LLC, a business entity; AMAZON.COM, INC., dba AMAZON.COM, a corporation; AMAZON.COM SERVICES, LLC, a business entity; AMAZON LOGISTICS, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00020-JLS-AGR<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: October 13, 2022<br>Removal Date: January 3, 2023 |

Having considered the parties' Stipulated Protective Order, and for good cause shown, the parties' stipulation is **GRANTED**.

**IT IS SO ORDERED.**

Date: December 29, 2023

_Alicia G. Rosenberg_
Hon. Alicia G. Rosenberg
United States Magistrate Judge