PANISH | SHEA | RAVIPUDI LLP
ADAM SHEA, State Bar No. 166800
  shea@panish.law
NICHOLAS W. YOKA, State Bar No. 314906
  nyoka@panish.law
RYAN A. CASEY, State Bar No. 271865
  rcasey@panish.law
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILAN SHAMPANIER, individually, as a minor by and through his guardian ad litem, Natalie Shampanier and Inon Shampanier,<br><br>    Plaintiff,<br><br>v.<br><br>VEATREE, a foreign corporation; VLINKEE.COM, LLC, California business entity; BLINKEE.COM, LLC, a business entity; AMAZON.COM, INC., dba AMAZON.COM, a corporation; AMAZON.COM SERVICES, LLC, a business entity; AMAZON LOGISTICS, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00020-JLS-AGR<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Josephine L. Staton<br>Action Filed:   August 8, 2022<br>Trial Date:      TBD |

    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDS:

    PLEASE TAKE NOTICE that plaintiff I.S., individually, as a minor, by and through his guardian ad litems, Natalie and Inon Shampanier, and defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Logistics, Inc. have reached a settlement for the entire above-referenced case.  A formal settlement

NOTICE OF SETTLEMENT

agreement has been circulated between the parties for review and approval.  Within two weeks, plaintiff will file a joint application for leave to file under seal portions of plaintiff's petition to approve minor's compromise.  If plaintiff's petition to approve minor's compromise is granted, the parties will file a stipulation for dismissal of all claims with prejudice and a proposed order for dismissal.

DATED:  May 3, 2024          PANISH | SHEA | RAVIPUDI LLP

By:      /s/ Nicholas W. Yoka
    Nicholas W. Yoka
    Attorney for Plaintiff

DATED:  May 3, 2024          PERKINS COIE LLP

By:      /s/ Julie L. Hassey
    Julie L. Hussey
    Attorney for Defendants

**PROOF OF SERVICE**

**Shampanier, et al. v Veatree, et al.**
**Case No. 2:23-cv-00020-JLS-AGR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On May 3, 2024, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Julie L. Hussey
Steven G. Williamson
Melissa Harly Rose
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 1.858.720.5700
Facsimile: 1.858.720.5799
Email: JHussey@perkinscoie.com;
SWilliamson@perkinscoie.com;
MRose@perkinscoie.com;
BHoward@perkinscoie.com;
LHarper@perkinscoie.com;
CDimaggio@perkinscoie.com;

Attorneys for Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Logistics, Inc.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 3, 2024, at Los Angeles, California.

                                                         /s/ Gloria Herrera
                                                        Gloria Herrera