UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:23-cv-00020-JLS-AGR                                                    Date: August 08, 2024
Title:  I.S. v. Veatree, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Charles A. Rojas | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER: (1) REQUIRING SUPPLEMENTAL BRIEFING; AND (2) CONTINUING HEARING ON MOTION TO APPROVE MINOR'S COMPROMISE (Doc. 52)**

     Before the Court is an unopposed Motion to Approve Compromise of Minor I.S.'s Claim filed by Plaintiff I.S., by and through his guardians ad litem, Natalie and Inon Shampanier.  (Mot., Doc. 52.)  "District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors."  *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).  "Under California law, the Court is to evaluate the reasonableness of the settlement and determine whether the compromise is in the best interests of the minor."  *A.M.L. v. Cernaianu*, 2014 WL 12588992, at *3 (C.D. Cal. Apr. 1, 2014).  "Fees in minors' cases have historically been limited to 25% of the gross recovery."  *Star & Crescent Boat Co. v. L.M. ex rel. Martinez*, 2021 WL 4843822, at *6 (S.D. Cal. Oct. 18, 2021).

     The Motion asks the Court to award 35% of the settlement amount, amounting to $564,375 in attorneys' fees.  (Mot. at 2.)  To justify the departure from the 25% benchmark and to assist the Court in evaluating the reasonableness of those fees, pursuant to the factors set out in California Rules of Court Rule 7.955, the Court asks Plaintiff's Counsel to submit contemporaneous billing records.   The records shall reflect the hours

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:23-cv-00020-JLS-AGR | Date: August 08, 2024 |
| Title:  I.S. v. Veatree, et al. | |

worked by Plaintiffs' Counsel and their standard hourly rate.  Counsel may also submit supplemental briefing, not to exceed **four pages**, explaining or justifying the hours and rates, and how those hours and rates compare to the fees sought.  The billing records and supplemental brief shall be submitted within **twenty-one (21) days** of the issuance of this Order.  In light of the need for supplemental material, the hearing on this matter is CONTINUED from August 9, 2024, to September 6, 2024, at 10:30 a.m.

Initials of Deputy Clerk: cr