PANISH | SHEA | RAVIPUDI LLP
ADAM SHEA, State Bar No. 166800
  shea@panish.law
NICHOLAS W. YOKA, State Bar No. 314906
  nyoka@panish.law
RYAN A. CASEY, State Bar No. 271865
  rcasey@panish.law
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiff

Julie L. Hussey, Bar No. 237711
  _JHussey@perkinscoie.com_
Jennifer Huckleberry, Bar No. 342725
  _JHuckleberry@perkinscoie.com_
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Amazon Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILAN SHAMPANIER, individually, as a minor by and through his guardian ad litem, Natalie Shampanier and Inon Shampanier,<br><br>    Plaintiff,<br><br>    v.<br><br>VEATREE, a foreign corporation; VLINKEE.COM, LLC, California business entity; BLINKEE.COM, LLC, a business entity; AMAZON.COM, INC., dba AMAZON.COM, a corporation; AMAZON.COM SERVICES, LLC, a business entity; AMAZON LOGISTICS, INC., a corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00020-JLS-AGR<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41**<br><br>The Hon. Josephine L. Staton<br><br>Action Filed:    August 8, 2022 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

According to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendants hereby stipulate, in consideration of a negotiated settlement executed by them, that plaintiff's claims are to be dismissed in their entirety with prejudice. The parties to bear their own costs and attorneys' fees. The dismissal shall be effective upon filing of this joint stipulation.

DATED: October 28, 2024          PANISH | SHEA | RAVIPUDI LLP

                                 By:  /s/ Nicholas W. Yoka
                                      Adam Shea
                                      Nicholas W. Yoka
                                      Attorneys for Plaintiff

DATED: October 30, 2024          PERKINS COIE LLP

                                 By:  /s/ Jennifer Huckleberry
                                      Julie L. Hussey
                                      Jennifer Huckleberry
                                      Attorneys for Defendants
                                      Amazon.com, Inc.; Amazon.com Services
                                      LLC; and Amazon Logistics, Inc.

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4(2) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Nicholas W. Yoka
Nicholas W. Yoka

## PROOF OF SERVICE

**Shampanier, et al. v Veatree, et al.**
**Case No. 2:23-cv-00020-JLS-AGR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11111 Santa Monica Boulevard, Suite 700, Los Angeles, CA 90025.

On October 31, 2024, I served true copies of the following document(s) described as **JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41** on the interested parties in this action as follows:

Julie L. Hussey
Steven G. Williamson
Melissa Harly Rose
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: 1.858.720.5700
Facsimile: 1.858.720.5799
Email: JHussey@perkinscoie.com;
SWilliamson@perkinscoie.com;
MRose@perkinscoie.com;
BHoward@perkinscoie.com;
LHarper@perkinscoie.com;
CDimaggio@perkinscoie.com;

Attorneys for Defendants Amazon.com, Inc.; Amazon.com Services LLC; and Amazon Logistics, Inc.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2024, at Los Angeles, California.

                                                    /s/ Gloria Herrera
                                                  Gloria Herrera